AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY REESE<br><br>*Defendant(s)* | Case No.<br>18-90 "MAG" |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/09/2018__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | assault, resisting, or impeding federal officers; |
| 41 CFR §102-74.390(A) | disorderly conduct; |
| 41 CFR §102-74.405 | entering federal property while under the influence of an alcoholic beverage. |

This criminal complaint is based on these facts:

See Attached affidavit of Inspector Kharlotta Johnson attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Kharlotta Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-10-18

_____
*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Michael B. North, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-90 |
| v. | * | SECTION:  MAG |
| ANTHONY REESE | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Inspector Kharlotta Johnson, being first duly sworn, hereby depose and state as follows:

1. I am a federal officer with the Federal Protective Service / Department of Homeland Security, and have more than eleven years of experience as a police officer, four years of law enforcement in the military with the US Air Force and seven years as a civilian Federal Law Enforcement Officer, two years of which are with the Department of Homeland Security. I have attended several law enforcement training programs through the Federal Law Enforcement Training Center, including the Uniformed Police Training Program, where I learned about the investigative process.

2. This affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement officers. Furthermore, this affidavit is submitted for the purpose of establishing probable cause.  While I believe that this affidavit contains facts more than sufficient to establish probable cause, it does not contain all the facts known to me relating to this investigation.

3. This affidavit is submitted in support of a criminal complaint charging ANTHONY REESE with violating 18 U.S.C. § 111(a)(1)-assault, resisting, or impeding federal officers, 41 CFR §102-74.390(A) -disorderly conduct, and 41 CFR §102-74.405-entering federal property while under the influence of an alcoholic beverage.

4. On July 9, 2018, at approximately 2:45 pm, ANTHONY REESE entered the Social Security Administration (SSA) office at 400 Poydras Street in New Orleans, Louisiana. This office is leased by the General Services Administration (GSA) and is within the jurisdiction of the Federal Protective Service (FPS).

5. The Protective Security Officers (PSOs) that work in the lobby at this location are responsible for searching visitors for weapons and explosives, through an administrative inspection.  That afternoon, at approximately 2:45pm, they noticed that REESE had a pocket knife clipped to his pants pocket.  The PSOs advised REESE that the knife was not allowed in the SSA office and that he had to remove the knife from the property. REESE refused to remove the knife from the property.  The PSOs then confiscated the knife. The PSOs described REESE as being loud and with slurred speech.  The PSOs also

said that REESE was disrupting clients waiting for government services. When the PSOs asked REESE to leave the SSA office, he refused to do so.

6. The PSOs then attempted to escort REESE out of the SSA office, at which point REESE stated: "I'll fucking kill you!" The PSOs then placed REESE in handcuffs and detained him until FPS arrived to assist. While REESE was detained in the hallway, I heard REESE threaten the PSOs again, saying: "Ya'll keep fucking with me! I'll fucking kill you!"

7. I then advised REESE that he was under arrest and conducted a search incident to arrest (SIA), for weapons and paraphernalia. While conducting the SIA, I found alcohol on REESE's person and I smelt alcohol on his breath. During the SIA, REESE attempted to impede law enforcement by make verbal threats. He said again: "I'll fuck ya'll up, especially his fat ass and that baldheaded motherfucker too! Don't let me catch ya'll, I'll fucking kill you!"

8. The PSOs' statements and the closed circuit video all demonstrate the same set of facts.

9. REESE violated 18 U.S.C. § 111(a)(1) when he knowingly and purposefully resisted, opposed, and attempted to intimidate the identified PSOs as they attempted to escort him out of the SSA office. REESE also attempted to impede law enforcement during the arrest process, when he twice said: "I'll fuck ya'll up! I'll fucking kill you!"

10. REESE committed disorderly conduct, in violation of 41 CFR §102-74.390(A), by making loud and unusual noises, which disrupted the government clients and the administration of the SSA office.

11. REESE entered federal property while under the influence of an alcoholic beverage in violation of 41 CFR §102-74.405. This is clear from the smell of alcohol on his breath and from the bottle of alcohol in his possession.

12. Based on the foregoing, your Affiant believes that probable cause exists that REESE violated Title 18, U.S.C. 111(a)(1), 41 CFR §102-74.390(A), and 41 CFR §102-74.405. Accordingly, I am requesting that this Court issue an arrest warrant for REESE for the aforementioned violations.

_____
Kharlotta Johnson
Inspector
Federal Protective Service

Sworn to me before and subscribed in my presence, at NEW ORLEANS , this 10th day of July, 2018.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE